IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **ROBBIE LEWIS,** | ) |
| Plaintiff, | ) CIVIL ACTION NO.<br>) 3:23-CV-00202-RLY-CSW |
| v. | ) |
| **REFERENCE SERVICES, INC.** | ) |
| Defendants. | ) |

ACKNOWLEDGED. Case is dismissed with prejudice.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 2/28/2025

## STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Robbie Lewis ("Plaintiff") and Defendants Reference Services, Inc., by and through their undersigned counsel, hereby stipulate and agree that all claims raised by Plaintiff against all Defendants in the above-captioned matter are dismissed with prejudice with each party to bear its own costs and attorney's fees.

DATED: February 27, 2025           Respectfully submitted,

/s/ Joseph L. Gentilcore
Joseph L. Gentilcore, Esq.
*Admitted Pro Hac Vice*
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
Email: jgentilcore@consumerlawfirm.com
ATTORNEYS FOR PLAINTIFF